[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 21-13498

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

JIHAD MUHAMMAD ALI,
a.k.a. Abu Dujanah,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:21-cr-20109-JLK-1

_____

Before JORDAN, JILL PRYOR, and BRANCH, Circuit Judges.

PER CURIAM:

Mark C. Katzef, appointed counsel for Jihad Muhammad Ali in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Ali's conviction and sentence are **AFFIRMED in part**. However, because the district court's oral pronouncement at sentencing did not require Ali to undergo mental health treatment while on supervised release, it differed from the written judgment, which did include such a requirement. Accordingly, we **VACATE in part** and **REMAND** the case for the limited purpose of allowing the district court to correct the record and enter a judgment consistent with the oral pronouncement. *See United States v. Chavez*, 204 F.3d 1305, 1316 (11th Cir. 2000).